IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 2:13-CR-20032-001

MAURO GONZALES                                                        DEFENDANT

## **ORDER**

The Court has received a report and recommendation (Doc. 44) from United States Magistrate Judge Mark E. Ford. The Defendant has filed objections. (Doc. 45) The Magistrate recommends that the Court deny Defendant's motion to vacate. The Court has conducted de novo review of those portions of the report and recommendation to which Defendant has objected. 28 U.S.C. § 636(b)(1). The objections offer neither law nor fact requiring departure from the Magistrate's findings.

The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 38) is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 17th day of April, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE