UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                           No. 2:13-CR-20032

MAURO GONZALES                                                                           DEFENDANT

**ORDER**

Before the Court is Defendant Mauro Gonzales's motion (Doc. 63) to reduce sentence pursuant to 18 U.S.C. § 3742(a). The Government filed a response (Doc. 64) in opposition and the Defendant filed a reply (Doc. 65). The motion will be denied.

18 U.S.C. § 3742(a) allows a defendant to file a notice of appeal in the district court for review of an otherwise final sentence if the sentence

> (1) was imposed in violation of law;
> (2) was imposed as a result of an incorrect application of the sentence guidelines;
> (3) is greater than the sentence specified in the applicable guideline range . . .; or
> (4) was imposed for an offense for which there is no sentencing guideline and is plainly unreasonable.

However, a district court does not have authority under § 3742 to review a final sentence. *United States v. Auman*, 8 F.3d 1268, 1270-71 (8th Cir. 1993); *United States v. Carter*, Criminal File No. 3-95-48, 2006 WL 1662998, at *1 (D. Minn. June 15, 2006). Accordingly, the Court does not have jurisdiction to hear Defendant's § 3742(a) motion.

Further, even if the Court construes Defendant's motion as a § 2255 motion, the motion would be denied. Defendant has previously filed a § 2255 motion and has not received appropriate certification from the circuit court, therefore, the Court does not have jurisdiction to entertain Defendant's subsequent § 2255 motion. *Boykin v. United States*, 242 F.3d 373, 2000 WL 1610732, at *1 (8th Cir. 2000).

1

IT IS SO ORDERED this 13th day of April, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE