UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    No. 2:13-CR-20032-001

MAURO GONZALES                                                                           DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 80) from Chief United States Magistrate Judge Mark E. Ford. No objections were filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss Defendant's motion (Doc. 78) to vacate pursuant to 28 U.S.C. § 2255 with prejudice. The report and recommendations is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 80) to vacate is DISMISSED WITH PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 6th day of June, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE